# UNITED STATES DISTRICT COURT



for the
Eastern District of California

**FILED**

DEC 12 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |  |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. |
| Information Associated With Facebook User ID 1213504687 (aka "everittj"), That Is Stored At Premises Controlled By Facebook. | ) ) ) | 1: 17 SW  0 037 8 BAM |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached and incorporated hereto,

located in the ___**EASTERN**___ District of ___**CALIFORNIA**___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, attached and incorporated hereo.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339A | Providing material support to terrorists |
| 18 U.S.C. § 2339B | Providing material support/resources to designated foreign terrorist organizations |

The application is based on these facts:
See attached Affidavit of Special Agent Christopher McKinney, attached and incorporated hereto

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Christopher McKinney, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___12/12/17___

_____
*Judge's signature*

City and state: _____

U.S. Magistrate Judge Barbara A. McAuliffe
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID 1213504687 (aka "everittj"), THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | CASE NO. AFFIDAVIT OF FBI SA CHRISTOPHER MCKINNEY **Filed Under Seal** |
|---|---|

## I.  AFFIANT'S TRAINING AND EXPERIENCE

I, Christopher McKinney, being sworn, depose and state the following:

1.     I am a Special Agent with the Federal Bureau of Investigation, and have been since September 2010.  I received 22 weeks of law enforcement training at the FBI Academy at Quantico, during which investigations of national security and criminal matters were discussed at length.  I was assigned to investigate criminal violations and have drafted and executed arrest and search warrants on matters relating to civil rights violations, complex white collar crimes, public corruption and violent crimes against children.  In June 2017, I joined to the FBI Joint Terrorism Task Force located in Ripon, California and am assigned to investigate violations of domestic terrorism and international terrorism, including violations of 18 U.S.C. § 2339A (providing material support to terrorists) and 18 U.S.C. § 2339B (providing material support or resources to designated foreign terrorist organizations).

## II.     NATURE OF AFFIDAVIT

2.     I make this affidavit in support of an application for a search warrant for information associated with a Facebook user ID/account that is stored at the premises owned, maintained, controlled, or operated by Facebook Inc., a social networking company headquartered at 151 University Avenue, Palo Alto, California, 94301. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit was made in support of an application for search warrant under 18 U.S.C. Sections 2703(a), 2703(b)(1)(A) and 2703 (c)(1)(A) to require Facebook to disclose to the

AFFIDAVIT

1

government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

3.     Based on my training and experience I am aware that social media sites, like Facebook, are used by terrorists and their supporters to further criminal activity, including uses such as: arranging meets with other co-conspirators, planning terrorist attacks, and coordinating logistics in furtherance of such attacks and related activities.

4.     The facts set forth in this affidavit are based on the following:  my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of witnesses; my review of records related to this investigation; communications with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience.  This affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant and it does not set forth each and every fact that I or others have learned during the course of this investigation.

5.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2339A (providing material support to terrorists) and 18 U.S.C. § 2339B (providing material support or resources to designated foreign terrorist organizations), have been committed by suspects known and unknown, including Everitt JAMESON. There is probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

III.     **FACTS IN SUPPORT OF PROBABLE CAUSE DETERMINATION**

6.     As set forth in more detail below, Jameson (the user of **Facebook User ID 1213504687, aka "everittj"**) has espoused radical jihadi beliefs, including by authoring social media posts that are supportive of terrorism, communicated with people he believes share his jihadi views and offered to provide services to such people, including in the form of his presumably employer-provided tow truck in service of the "cause."  Jameson also has voiced support for the October 31, 2017 terror attack in New York City during which a driver used his truck to kill 8 people.  Jameson commonly refers to people he perceives to be enemies of radical Islam as "kufr," a derogatory Islamic term for unbelievers, and

specifically told an FBI Confidential Human Source (CHS) that he "beg[ged] to join the cause against darul kuffar." Darul (or Dar al, variant Dar ul) signifies the "land of disbelief" and commonly is used by radical Islamists as a label for the United States or western nations.

7.      On September 19, 2017, a credible FBI Confidential Human Source (CHS) who has accurately reported to the FBI on national security matters in the past, reported a suspicious Facebook account. The Facebook persona was Everitt Aaron Jameson, vanity everittj, id # was hidden. In response to a grand jury subpoena, Facebook reported that vanity "everittj" was **Facebook User ID 1213504687**, with a registered name of "Everitt Aaron Jameson," and a phone number of 209-261-1787.

8.      The CHS reported Jameson was "Liking" and "Loving" posts that were pro-ISIS and pro terrorism. Thus, for instance, the CHS reported that Jameson "loved" a post on November 29, 2017 that is an image of Santa Claus standing in New York with a box of Dynamite. The text of the post reads, "ISIS post image of Santa with dynamite threatening attack on New York." The Propaganda poster shows Santa Claus standing on a roof next to a box of dynamite looking out over a crowd of shoppers with the words "We meet at Christmas in New York…soon." Under this post, Jameson selected the "Like" option and then selected the "Heart" option to signify that he "Loved" the post.

9.      On October 24, 2017, the CHS sent a private message to Jameson ("**everittj**") that stated, "Assalamualaikum warahmatullahi wabarkatuh. I have been watching you for some time. I think you could be very useful in dark kufr. How committed are you to our cause?" Jameson replied, "To Jannah sister. Walokiom assalaam rahmatuallaha wabarakatu too you as well. I am committed whole hearted. Until Jannah." CHS replied with, "Good. I will talk to you more at another time. I move around a lot. If this account goes down I will find you Incha'Allah. Jameson, "InshaAllah. Amin, Jazak Allah Khari. I will be waiting."

10.     On October 27, 2017 Jameson messaged CHS with, "Salaam Alaykium warmatualAllah wabarakatu, I am here to beg to join the cause against darul kuffar. I'm ready." The CHS replied, "Wa alaykumi as-salam. Patience."

11.     On October 29, 2017, the CHS messaged Jameson, "Are you a revert?" Jameson replies, "Yes. I am. That is what will make me more useful. I can blend in. Or shock and awe." CHS replies, "When did you say your Shahada. Yes. Allah does things this way!" Jameson responds, "Amin! Allah is

the best of planners. I took my Shahada two years ago. At the Merced Islamic Center of Merced CA USA." The CHS replied "Alhamdulillah! and I see from some of your postings you work for a lift service - so you are not kuffar police. Again patience. I am at a cafe and need to log off. Have a blessed day." Jameson answers, "I am a tow truck driver. So I can make these services available as well. Sabr. InshAllah we will speak soon again. Salaam Alaykuim warmatulAllah wabarakatu Sister. May Allah reward you for your good work."

12.     Based on my training and experience, the above-referenced communications reflect that Jameson was establishing his Islamic credentials with the CHS, after which he offered his services as a tow truck driver to the CHS for purposes of supporting "the cause against darul kuffar." Based on my training and experience and the context of Jameson's interactions with the CHS, I assess that Jameson perceives "the cause" to signify engaging in terrorism to undermine the United States.

13.     The CHS reported that on October 31, 2017, Jameson posted "Walokiom assalaam rhmatullaha wabarakatu. Yes the will. As today they celebrate Shaytan. A'oodah Billah. The Kuffar will learn the lesson soon enough InshaAllah. And it's ok. I have sabr. I understand. Today is the day the Kuffar are going to revel in sin." The CHS then reported that Jameson posted a GIF of a crowd giving a standing ovation to an article discussing the October 31, 2017 terror attack by an individual who crashed a rented pickup truck into a group of cyclists and runners, killing 8 people and injuring 11 people in New York City.

14.     The CHS reported that on November 2, 2017 the CHS had a conversation about the October 31, 2017 terror attack. Jameson stated to the CHS, "Allahu Akbar! It says he was one of us. May Allah Grant him Jannah firtuidus Amin". The CHS replied to Jameson by asking the question, "Us?" Jameson responded "Muslim sister. I heard he was uzbek Muslim." To this, the CHS replied, "Yes!" Jameson then responded, "Alhamdulillah. I'm glad to know we Muslims are finally hitting back. Allahu Akbar! The Kuffar deserve everything and more for the lives they have taken."

15.     Based on my training and experience, the above-referenced communications reflect that Jameson identifies himself as associated with the same cause as the perpetrator(s) of the New York City terror attack. According to the indictment charging Sayfullo Saipov with the terror attack, he agreed to provide material support to ISIS, further supporting my belief that Jameson is or is attempting to provide

material support to ISIS. "Jannah firtuidus Amin" is an Islamic term referring to paradise, and I assess that Jameson's use of this term reflects that he hopes the perpetrator(s) of the New York City terror attack were received into paradise.

16. On November 3, 2017, Jameson filled out a "Franchise Tow Truck Driver Application" with the Modesto Police Department (MPD) to be affiliated with "Andersons Towing" which has a contract with the City of Modesto. In the application, Jameson listed his telephone number as 209-261-1787 (the same telephone number Facebook reported was associated with **Facebook User ID 1213504687**) and identified as his residence an address in Modesto I have verified through physical surveillance is Jameson's personal residence.

17. On November 27, 2017, FBI Special Agents from the Fresno FBI office conducted surveillance in the vicinity of Anderson Towing, 2040 Rockefeller Drive, Ceres, CA. Jameson was observed in front of Anderson Towing wearing work clothes consistent with employment.

18. On December 7, 2017, an FBI surveillance team conducted surveillance in the vicinity of Anderson Towing and observed Jameson driving a tow truck around the greater Modesto, CA region.

**FACEBOOK**

19. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

20. Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

21. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by

sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

22.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

23.     Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

24.     Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

25.     Facebook users can exchange private messages on Facebook with other users.  These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information.  Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.  In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook.  These chat communications are stored in the chat history for the account.  Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

26.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJoumal, and Blogger.

27.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

28.     Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

29.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

30.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

31.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

32.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time.  Further, Facebook account activity can show how and when the account was accessed or used.  For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation.  Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation.  Additionally, Facebook builds geo-location into some of its services.  Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other.  This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner.  Last, Facebook account activity may

provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation.  For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

33.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## REQUEST FOR SEALING

34.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

## CONCLUSION

35.     I anticipate executing this search warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

36.     Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that on the computer systems in the control of Facebook there exists evidence of a crime. Accordingly, a search warrant is requested.

37.     This Court has jurisdiction to issue the requested warrant because it is "a court with jurisdiction over the offense under investigation" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).

38.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Christopher McKinney
Special Agent, Federal Bureau of Investigation

Approved as to form

___/s/___Christopher D. Baker___
AUSA Christopher D. Baker

Swore to and subscribed before me

This _12_ day of December, 2017

HON. BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

AFFIDAVIT                                    10

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook user ID **1213504687**

**(aka "everittj")** that is stored at premises owned, maintained, controlled, or operated by

Facebook Inc., a company headquartered in Menlo Park, California.

**ATTACHMENT B**

**Particular Things to be Seized**

I.    **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(d)    All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments;

gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)   All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f)   All "check ins" and other location information;

(g)   All IP logs, including all records of the IP addresses that logged into the account;

(h)   All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)   All information about the Facebook pages that the account is or was a "fan" of;

(j)   All past and present lists of friends created by the account;

(k)   All records of Facebook searches performed by the account;

(l)   All information about the user's access and use of Facebook Marketplace;

(m)   The types of service utilized by the user;

(n)   The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)   All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p)   All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Sections 2339A (providing material support to terrorists) and 2339B providing material support or resources to designated foreign terrorist organizations) involving **Everitt JAMESON** and other co-conspirators since September 1, 2017 including, for the user ID identified on Attachment A, information pertaining to the following matters:

(a)   Communications between Everitt JAMESON and other co-conspirators regarding preparatory steps taken in furtherance of their scheme to provide and attempt to provide material support and/or resources to terrorists and terrorist organizations.

(b)   Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crimes under investigation and to the Facebook account owner;

(c)   Evidence indicating the Facebook account owner's state of mind as it relates to the crimes under investigation;

(d)   The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e)   The identity of the person(s) who communicated with the user IDs about matters relating to terrorism.

3

SEALED



AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* Information Associated With Facebook User ID 1213504687 (aka "everittj"), That Is Stored At Premises Controlled By Facebook. | ) ) ) ) ) ) Case No. 1: 1 7 SW 0 0 3 7 8 BAM |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ EASTERN _____ District of _____ CALIFORNIA _____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached and incorporated hereto.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached and incorporated hereo.

**YOU ARE COMMANDED** to execute this warrant on or before _____ 12/24/17 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ the assigned criminal duty magistrate judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____ 12/10/17 _____

_____ *Judge's signature* _____

City and state:     Fresno, California     _____ Barbara A. McAuliffe, U.S. Magistrate Judge _____
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook user ID **1213504687 (aka "everittj")** that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

**ATTACHMENT B**

**Particular Things to be Seized**

I.      **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody,

or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or

information that have been deleted but are still available to Facebook, or have been preserved

pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the

following information to the government for each user ID listed in Attachment A:

(a)      All contact and personal identifying information, including full name, user

identification number, birth date, gender, contact e-mail addresses, Facebook

passwords, Facebook security questions and answers, physical address (including

city, state, and zip code), telephone numbers, screen names, websites, and other

personal identifiers.

(b)      All activity logs for the account and all other documents showing the user's posts

and other Facebook activities;

(c)      All photos and videos uploaded by that user ID and all photos and videos

uploaded by any user that have that user tagged in them;

(d)      All profile information; News Feed information; status updates; links to videos,

photographs, articles, and other items; Notes; Wall postings; friend lists, including

the friends' Facebook user identification numbers; groups and networks of which

the user is a member, including the groups' Facebook group identification

numbers; future and past event postings; rejected "Friend" requests; comments;

gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)   All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f)   All "check ins" and other location information;

(g)   All IP logs, including all records of the IP addresses that logged into the account;

(h)   All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)   All information about the Facebook pages that the account is or was a "fan" of;

(j)   All past and present lists of friends created by the account;

(k)   All records of Facebook searches performed by the account;

(l)   All information about the user's access and use of Facebook Marketplace;

(m)   The types of service utilized by the user;

(n)   The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)   All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p)   All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

2

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and

instrumentalities of violations of Title 18, United States Code, Sections 2339A (providing

material support to terrorists) and 2339B providing material support or resources to designated

foreign terrorist organizations) involving **Everitt JAMESON** and other co-conspirators since

September 1, 2017 including, for the user ID identified on Attachment A, information pertaining

to the following matters:

> (a) Communications between Everitt JAMESON and other co-conspirators regarding
>
> preparatory steps taken in furtherance of their scheme to provide and attempt to
>
> provide material support and/or resources to terrorists and terrorist organizations.
>
> (b) Evidence indicating how and when the Facebook account was accessed or used,
>
> to determine the chronological and geographic context of account access, use, and
>
> events relating to the crimes under investigation and to the Facebook account
>
> owner;
>
> (c) Evidence indicating the Facebook account owner's state of mind as it relates to
>
> the crimes under investigation;
>
> (d) The identity of the person(s) who created or used the user ID, including records
>
> that help reveal the whereabouts of such person(s).
>
> (e) The identity of the person(s) who communicated with the user IDs about matters
>
> relating to terrorism.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS
## RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the

laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information

contained in this declaration is true and correct.  I am employed by Facebook, and my official

title is _____.  I am a custodian of records for Facebook.  I state

that each of the records attached hereto is the original record or a true duplicate of the original

record in the custody of Facebook, and that I am the custodian of the attached records consisting

of _____ (pages/CDs/kilobytes). I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth, by, or from information transmitted by, a person with knowledge of those

matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity

of Facebook; and

c.      such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal

Rules of Evidence.

_____          _____
Date                                                     Signature