SEALED
FILED
DEC 12 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER IDs 592179112, 1302169038 and 1254334197 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK | CASE NO: 1:17 SW 00378 BAM<br><br>ORDER COMMANDING FACEBOOK NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Facebook, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account listed in the warrant) of the existence of the attached warrant for 180 days.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, or destroy or tamper with evidence. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Facebook shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of 180 days, except that Facebook may disclose the attached warrant to an attorney for Facebook for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Date: 12/12/17

BARBARA A. McAULIFFE
United States Magistrate Judge

ORDER

1