SEALED                    FILED

DEC 12 2017

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID 1213504687 (aka "everittj") THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK | CASE NO. 1:17 SW 00378 BAM<br><br>SEALING ORDER |
|---|---|

For good cause shown, IT IS HEREBY ORDERED THAT:

The Application for Facebook Search Warrant and Search Warrant in the above-captioned case, together with the associated Application for Order pursuant to 18 U.S.C. § 2705(b) prohibiting disclosure of the Order entered thereunder, be kept under seal until further order of the court. The court finds that: (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest. The executing agents or officers are permitted to provide a copy of the order to the service provider.

Date: 12/12/17

BARBARA A. McAULIFFE
United States Magistrate Judge