AO 93 (Rev. 11/13) Search and Seizure Warrant


SEALED

ORIGINAL # UNITED STATES DISTRICT COURT FILED

for the

Eastern District of California

JAN 0 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

In the Matter of the Search of                    )
*(Briefly describe the property to be searched*    )
*or identify the person by name and address)*      )    Case No.
Information Associated With Facebook User ID 1213504687    )
(aka "everittj"), That Is Stored At Premises Controlled By    )    7: 17 SW  0 0 37 8 DAD
Facebook.                                          )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the    **EASTERN**    District of    **CALIFORNIA**
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached and incorporated hereto.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached and incorporated hereo.

**YOU ARE COMMANDED** to execute this warrant on or before    12/24/17    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to    the assigned criminal duty magistrate judge    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    12/10/17    _____
                                                        *Judge's signature*

City and state:    Fresno, California    Barbara A. McAuliffe, U.S. Magistrate Judge
                                                        *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>147 SW 00378 BAM | Date and time warrant executed:<br>12/13/2017 at 12:29pm (PST) | Copy of warrant and inventory left with:<br>www.facebook.com/records |
| Inventory made in the presence of :<br>Served online at www.facebook.com/records. Provided Record request number 1377900 | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>Only Digital information Requested and Taken pursuant to the warrant. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ~~12/13/2017~~ CM
1/9/2018

_Executing officer's signature_

Christopher McKinney, Special Agent
_Printed name and title_